CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED

AUG 03 2010

JULIA C. DUDLEY, CLERK
BY: /s/ H McDonald
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

WALTER STEVE WILSON,
    Petitioner,

v.

GENE JOHNSON, et al.,
    Respondents.

Civil Action No. 7:10-cv-00341

**FINAL ORDER**

By:  Hon. Jackson L. Kiser
      Senior United States District Judge

In accordance with the memorandum opinion entered this day, it is now

**ORDERED**

that petitioner's petition for writ of habeas corpus, pursuant to 28 U.S.C. § 2254, is **DISMISSED without prejudice** as successive; a Certificate of Appealability is **DENIED**; and this action is **STRICKEN** from the active docket of the court.

The Clerk is directed to send a copy of this order and the accompanying memorandum opinion to the petitioner.

ENTER: This 3rd day of August, 2010.

/s/ Jackson L. Kiser
Senior United States District Judge